U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
By AO 1:51 pm
Deputy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Gabriel Salas #0565059
Plaintiff's Name and ID Number

Tarrant County Jail
100 N. Lamar Ft. Worth Tx 76196
Place of Confinement

CASE NO. 4-22CV-148-O
(Clerk will assign the number)

v.

Derek Favors
416 East Fogg St. Fort Worth Tx. 76110-6330
Defendant's Name and Address

Bill Waybourn/Sheriff
100 N. Lamar Ft. Worth Tx. 76196
Defendant's Name and Address

Correctional Officer Stubbs
100 N. Lamar Ft Worth Tx. 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

Cell 61B #42 Fort Worth TX 76196
Defendants name/address

Cell 61B #10 100 N. Lamar Ft Worth Tx. 76196
Defendants name/address

Cell #61B 20 100 N. Lamar Ft. Worth Tx 76110
Defendants name/address

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

## I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: 02-2018
2. Parties to previous lawsuit:
   Plaintiff(s) ~~[illegible]~~ Gabriel Salascio #0565054
   Defendant(s) C/o Trejo, Tarrant County Jail, Littleton, America Nurse
3. Court: (If federal, name the district; if state, name the county.) Northern District Fortworth Division
4. Cause number: Unknown ~~[illegible]~~
5. Name of judge to whom case was assigned: Mark Pittman
6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
7. Approximate date of disposition: 2020 ?

II. PLACE OF PRESENT CONFINEMENT: Tarrant Central Jail 100 N. Lamar Fort Worth TX 76196

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Gabriel Salas # 0565059
100 N. Lamar
Fort Worth, Tx. 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Derek Favors – Civilian – mailing address: 416 East Fogg St. Ft. Worth Tx. 76110-6330

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

[illegible] plaintiff in imminent danger by mailing letters [illegible] to inmates to have plaintiff raped assaulted and extorted letter violated plaintiff 4th and 8th amendments and caused plaintiff to be raped extorted assaulted on 2-11-22

Defendant #2: Correctional Officer Stubbs – employee at Jail Tarrant County, mailing address 100 N. Lamar Ft. Worth Tx 76196

C/O Stubbs witnessed 4 inmates sexually assault plaintiff on 2-11-22 violating 4th 8th amendments putting plaintiff in imminent danger by allowing plaintiff to be brutally sexually assaulted, police case # 2022 01878 TCSO @ 8178841212

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violated plaintiff's 4th 8th amendments rights put plaintiff in imminent danger by allowing him to be physically raped, extorted, and brutally assaulted, 61 B cameras cover [illegible] C/O walked in crime area on camera

Defendant #3: Bill Waybourn / Sheriff 100 N. Lamar Ft. Worth TX 76196
Tarrant County Sheriff Office

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violated plaintiff's 4th 8th amendments by causing plaintiff injury. Sexual assault failed to protect plaintiff after report of extortion to Sheriff

Defendant #4: Cell 61 B#42 inmate Jail fail to release name
100 N. Lamar Ft. Worth Tx 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Extorted plaintiff, inflicted rape assault from letter of Derek Favors violated 4th 8th amendment

Defendant #5: Cell 61 B#10 inmate Jail failed to give name
100 N. Lamar Fort Worth TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Sexually assaulted plaintiff by forced rectal penetration pulled out knife caused imminent danger/physical injury Case # 2022 01878 @ 8178841212

Defendant #6 Cell #20 inmate Jail refused to give name



[illegible] plaintiff [illegible] caused imminent danger/physical injury violated 4th 8th amendment

(1) V. STATEMENT OF CLAIM

Tarrant County Sheriff Office
Criminal legal Case Number 2022 c1878
Contact 817 884 1212 to verify injuries and sexual assault

Summarry of events: on 02-10-2022 in tarrant County Jail dorm 61B inmate 61B#42 cell big black african approached me in dayroom Stating he was the leader of the nutorious gang called the rolling 60's crips out of Texas, he Stated that he was related to the Judge and District attorney in Criminal District Court #2 and that he had a private letter from a Cecily Salas date of birth 06-21-2000 and a Derek Fevors who Sent him an order to Rape and assault me FOR trying to evict them off of my house @ 416 E. Fogg St. Fort Worth Tx 76110 in which Derek Fevors did knock me down and Cecily Stabbed me before I mailed them a letter of eviction as I am the primary owner of that residence. Cell 61B#42 Showed me a glimpse of the letter from Cecily and Derek Fevors and it also Contained a photo of me Said Derek was his Crip brother and blood Cousin, Cell 61B#42 Stated "I have this dorm on lock in because the District Attorney is my relative in CDC#2 and they mail me Crystal meth in legal envelopes and where the mail room Cant open it or investigate, I heard by Derek Fevors and Cecily youre an operative of the Central Intelligence Agency and im going to extort you for being a Snitch Just as my black Cousin Derek Fevors Says to do to rape and extort and assault your ass."

(2)

Cell 61B #42 demanded that I pay him $26.00 for some crystal meth weighing 1 gram or he would have his other relative District attorney in Criminal District Court #2 re-book my dismissed charges of obstruction of Justice 3 total charges that were dismissed by another D.A. due to conspiracy and insufficient evidence they were dismissed on 01-02-2022

(plaintiff possesses record signed by District attorney that State dismissed per court by an admission of guilt by another person Ruben Vasquez #0232333 as well as for conspiracy and insufficient evidence to plaintiff as also grievance response by secret service #(972)868-3200 stating CDC#2 District attorney was under federal investigation for tampering with a government device a Tarrant County Sheriffs office mainframe on a computer plaintiff built government computer while in service in 2001-2003 at a secret military base for the U.S. army and C.I.A headquarters all records of dismissal in plaintiff's possession.)

Cell 61B#42 Rolling 60's crip stated he would have his crip and Tango Blast gang affiliates beat my ass and rape me because of the order of letter from Derek Fevors to assault and rape plaintiff. as I called a Sophie Salas at 682-313-1585 Cell 61B#42 approached me and grabbed the inmate phone violently and forced me to ask my contact Sophie Salas for $100.00 he extorted me and robbed me and snatched the securus inmate phone from me and asked my contact Sophie Salas how much was she going to put on my books (account).

3

I dont know what she told him but he left the dayroom to go retrieve 1 gram of illegal Crystal meth (ICE) I was back into my cell # 1 and he slid the 1 gram of meth under my doorway demanding $26.00 Food for the hook-up or I would be beaten up and raped by the Tango Blast and Rolling 60's Crips black gorilla gang and for Derek Fevers.

The bag of meth was clear with shards of ICE I immediately flushed all the meth down the toilet for fear of being framed for possession of a controlled substance in a government facility. as for the clear bag I threw it in my brown trash bag for evidence to the Secret Service and Fort Worth police Dept.

The next day on 02-11-22 in the morning I was extorted and robbed of $26.00 Food items by cell 61B#42 I purchased around $30.00 of food for me to eat at store I went to my cell # 61 B#1 as cell #42 approached my cell doorway demanding I open my door or he was going to Rape me and get the Tango Blast and the Crips to beat my ass for Derek Fevers as well.

I told him to please leave me alone that $30.00 was all my mother has for me to eat and buy hygiene. Cell #42 had officer on 1st shift illegally open my locked cell door putting me under a severe action of imminent danger of being physically injured after being threatened and extorted Cell 61B#42 snatched all of my food I had barely purchased tears of sorrow fell down plaintiffs cheeks as he was hurt as I have a history of being treated bad by physical abuse as a child by my mother and foster parents as a innocent child victim.

earlier inmate cell 61B#42 illegally logged into my account via tablet and said C/o Bryant gave him my password and pin to my inmate tablet he slid more crystal meth under my doorway with an extortion note to pay him more money and have Some one mail "2,500" to his crip partner Derek Fevers at 416 E. Fogg St. Fort Worth Tx. 76110

on 2-11-2022 C/o Stubbs on 2nd shift gave the orders to assault and rape plaintiff for Derek Fevers and all of the crips and Tango Blast. Cell # 4 Sleepy with star tattooed on left outer palm as well as Cell #20 and Cell # 10 and one black crip named black gorilla at around 5:30 p.m. came into my cell by the officers Stubbs command I prayed to the lord to please help me out of this situation. and Cell # 10 Lazi pulled out a knife from his left sock and cell # 20 pendejo grabbed my inmate cup off my desk and busted me in the head and lips and knocked out my tooth Cell # 10 Lazi swung the knife while cell # 4 grabbed me and ripped off my jumper Cell #10 and Cell # 20 and Cell # 4 Sleepy forced me to the bunk while black gorilla crip pulled out his penis and self stimulated and upon erection he forced it into my mouth until he ejaculated on my right cheek all other perpetrators then forced me over to my stomach while cell # 10 Lazi pulled out his

penis it was self stimulated as he became erect he jumped on my rear side and forcefully entered my rectum sliding in and out while all other criminals held me down with brutal force I yelled help and helppp. as I yelled officer Stubbs came into the doorway witnessing me being raped and he stated to hurry up and finish the sexual assault and clean up the crime area, I was violently attacked as cell #6 Lozi pulled out and ejaculated all over my brown mattress cover I shed tears of horrific pain as I could feel blood and semen and fecal matter run down my back side and legs. I continued to ~~cr~~ sob while they jumped to the cell sink to wash their hands and genitals they left the crime scene in cell #1, I got my towel and wiped the semen off my rectum it had blood and semen as well as fecal matter I ran out to day room to back in to inmate tablet to report rape and assault but C/O Stubbs forced me into 6IB multipurpose room. a few minutes later mental health counselor Ms. Gonzales came to speak to me I told her I was raped she called Fort Worth Sheriff's office to report rape/assault and I was escorted to level 2 where I seen by interview crime scene lab officer Smith she took photos of blood, semen and a fractured tooth of the injuries

that has just occurred from the brutal violent sexual assault and beat down from my previous cell 61B cell #1. CSI Officer Smith sent in orders to have me escorted and care flighted to John Peter Smith hospital where I could receive a sexual assault examiner and get more forensics done, upon arrival I was screened by forensics and several anal pictures, swabs and STD tests were administered to plaintiff as plaintiff was in severe pain once interview was done sexual assault nurse examiner relayed to plaintiff that in deed his rectum was severely ruptured blood was taken from swabs and semen from all the perps DNA. pubic hairs, once finished Tarrant County Sheriffs office detective came to interview plaintiff I gave the same testimony and results from sexual assault examiner that plaintiff was in fact raped from behind and the aftermath of forced penetration to plaintiff caused his rectum to be severely ruptured beyond repair thus initiating grounds to bypass plaintiff being barred and allowing plaintiff to proceed in forma pauperis due to being in imminent danger and being physically assaulted and violently sexually assaulted causing severe pain to plaintiff & irreparable injury to verify Tarrant County Sheriffs office gave a rape legal case number 2022 01278 and a rape kit swab test contact Sheriff office @ ~~[illegible]~~ 817 884-1212 Case # 2022 01278 RAPE-assault, extortion

After interview by Detective he relayed that I was entitled to a Civil action law suit Due to being injured beyond repair and have evidence from a sexual assault that Sheriff Bill Waybourn and his employees and inmates are at fault for placing plaintiff under action of imminent danger while being brutally extorted assaulted physically as well as sexually, and due to the unprofessional misconduct of the staff and employees of Tarrant County Jail who are supposed to be trained to act accordingly to protect inmates from these brutal Rape assaults & extortions, Detective clarifies the net worth of the Tarrant County Jail is around 3 Trillion dollars and plaintiffs irreparable injury and permanent ruptured rectum and fractured teeth an fear of safety and fear of losing his life Bill Waybourn and Tarrant County Jail should be sued for 10% @ $150,000,000.

Nurse examiner (Missouri) female agent issued som[e] Ibuprofen for severe Trauma and pain, antibiotics for infection and uncontrollable bleeding from a permantly ruptured rectum and a few Sexual Transmitted disease meds to prevent STDS Just in case the rapists held an Contained AIDS HIV Syphillus or Gohnorrea

plaintiff wishes to ask Judge in federal Court to allow him to Waive the ban against him and allow plaintiff to proceed to civil Action 1983 Suit due to rule 1915(g) allowed to proceed with 3 strikes and Bar if plaintiff under Imminent danger and physically harmed or injured.

henceforth legal Crime report number: 2022 01878 issued by Tarrant County Sheriffs office @ 817 884-1212 to investigate photos reports specimens and ruptured rectal permanent damage. please allow me to proceed and waive the ban I'm bleeding internally and my Plaintiff Jumper I cant hold in my feces or urine as my rectal rectum is severely ruptured and damaged in in severe pain crime scene investigation also took photos of fractured teeth and blood, semen and can be retrieved all photographic evidence

I prayed so hard when I was violently penetrated by inmate cell 61 B #10 all criminals names were hidden from plaintiff as the Jail is conspiring to cover up sexual assault extortion and brutal physical assault.

Since 2-14-22 I've been rehoused to protective custody where officer bryant is threatening to injure me further physically if I ~~[illegible]~~ report this sexual assault to grievance the clos are hindering apprehension of the (6) persons involved in the crime initiated on 2-10-2022 as well as the rape and assault of plaintiff on 2-11-2022 in cell 61B cell 1 and the violent attack that commenced from the letter of a Derek Fevers to cell 61B #42 from 416 E. Fogg St. Fort Worth Tx 76110

that Mr. Derek Fevers demanded plaintiff be sexually assaulted, extorted and beaten for simply plaintiff trying to evict Mr. Derek Fevers from plaintiffs residence

PLEASE Allow to Proceed to 1983 civil Action Enumerclaim





# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File No. 

*Press hard when writing*

**Name** [illegible] **CID No.** [illegible]

**Housing Assignment** [illegible] **Date** [illegible]

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** [✓] **No** [ ]

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

[illegible]

**GRIEVANCE OFFICE USE ONLY*****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** Jones **Date** [illegible] **Code** [illegible]

**Referred to** [illegible] **Date** [illegible] **Time**

**Response by** [illegible] **Date** [illegible] **Time**

**GRIEVANCE SUMMARY RESPONSE**

[illegible]

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

Dear Judge.

the TCSO failed to release officers inmate names so please file to Cell #s and address of 100 N. Lamar Ft. Worth TX 76196

Enclosed is the Copy of grievance response with Signature Stating plantiff has a ruptured rectum and rectal bleeding, TCSO has failed to protect plaintiff and under 1915(g) Imminent danger by being physically injured rape In allowed to proceed and the bar must be overidden.

I have a legal case # 2022 01878

Contact Tarrant County Sheriff office @ 817 884 1212 to verify damage and hospitilization

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 02-11-2022 plaintiff was brutally assaulted, extorted and violently sexually assaulted with forced penetration to his rectum with rectal damages and rectal bleeding, plaintiff was issued a legal case number# 2022 01878 by Tarrant County Sheriff [illegible] @ 817-884 1212 to verify rape and assault was commenced on 2-11-2022 by [illegible] of sexual nurse forensic examiner at John Peter Smith hospital. Correctional officers as well as Sheriff Bill Waybourn was warned by mail to report extortion and sexual assault and drug trafficking. See attached pages with V STATEMENT OF CLAIM to finish victim plaintiffs statement of his claim. Sheriff Bill Waybourn warned of plaintiff being extorted and refuses to respond or protect him.

## VI. RELIEF:

all defendant inmates the jail refuses to release names file suit to all [illegible]

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Allow judge to [illegible] plaintiff for redress and assign civil attorney to case. Monetary relief sue each defendant for monetary damages, physical injuries total of 250,000,000 [illegible] million file criminal charges on all defendants, bypass the bar due to (1915(g)) imminent danger of being physically injured, waiver of sovereign immunity on all immune officials due to physical injury rape/assault, allow suit

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gabe, Gabriel Michael Meyers

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Don't recall

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Don't recall?
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Mark Pittman
2. Case number: don't remember
3. Approximate date warning was issued: N/A

Executed on: 2-22-22
DATE

Gabriel Salas #02565059
100 N. Lamar Fort Worth TX 76196
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 22nd (Day) day of february (month), 20 22 (year).

Gabriel Salas #02565059
100 N. Lamar Fort Worth TX 76196
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**