IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| GABRIEL SALAS, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | NO. 4:22-CV-148-O |
| DEREK FAVORS, ET AL., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the Court's order of dismissal signed this date,

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that the claims of plaintiff, Gabriel Salas, in this action are **DISMISSED** as barred by 28 U.S.C. § 1915(g).

SO ORDERED this 16th day of March, 2022.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**